**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| GOVERNMENT OF THE VIRGIN ISLANDS, DEPARTMENT OF HUMAN SERVICES, YOUTH REHABILITATION CENTER,<br><br>           **Plaintiff,**<br>  v.<br><br>SEAFARERS INTERNATIONAL UNION, on behalf of MARIE DANIELSON,<br><br>           **Defendant,**<br>  and<br><br>MARIE DANIELSON,<br><br>           **Intervenor.** | 2007-CV-0059 |

TO:    Robert A. Malloy, Esq.
          Pedro K. Williams, Esq.
          Warren B. Cole, Esq.

**ORDER DENYING DEFENDANT'S MOTION TO COMPEL**

THIS MATTER came before the Court upon Defendant's Motion to Compel Answers to Defendant's Request For Production of Documents and Interrogatories (Docket No. 80). Plaintiff filed a response to said motion. The time for filing a reply has expired.

Defendant alleges that Plaintiff failed to respond to its discovery requests within the time allowed. Plaintiff asserts that it served its responses to Defendant's discovery

*Government of the Virgin Islands v. Seafarers International Union*
2007-CV-0059
Order Denying Defendant's Motion to Comepl
Page 2

requests, thereby rendering the motion moot. Plaintiff also seeks sanctions for Defendant's failure to comply with LRCi 37.2.

The Court acknowledges that the parties failed to submit a joint stipulation pursuant LRCi 37.2(a). Since the matter is moot, the Court will deny the motion. As the Court has instructed previously, however, all future discovery motions that fail to comply with the requirements of LRCi 37.2(a) will not be considered pursuant to LRCi 37.2(c).

Accordingly, it is now hereby **ORDERED** Defendant's Motion to Compel Answers to Defendant's Request For Production of Documents and Interrogatories (Docket No. 80) is **DENIED AS MOOT**.

ENTER:

Dated: October 3, 2008                                /s/
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE